IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                              CASE NO.: 4:02cr52-SPM

ERIC EUGENE BALCOM,
           Defendant.
_____/

## ORDER DENYING MOTION TO REDUCE UNDER 18 U.S.C. § 3582

This cause comes before the Court on Defendant's motion (doc. 103) to reduce his sentence under the retroactive crack cocaine amendment (Amendments 706 and 711) and 18 U.S.C. § 3582(c).

Upon review, the Court finds that Defendant is not entitled to a sentence reduction because application of the guideline amendment results in no change to his sentencing range.  Defendant was subject to a statutory mandatory minimum sentence, which determined his sentencing range.  Because Defendant's sentencing range remains the same under the amended guidelines, he is not eligible for a reduction.  Accordingly, it is

ORDERED AND ADJUDGED that the motion (doc. 103) to reduce sentence is denied.

DONE AND ORDERED this 24th day of April, 2008.

_s/ Stephan P. Mickle_____
Stephan P. Mickle
United States District Judge