IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                                         CASE NO.: 4:02cr52-SPM

ERIC EUGENE BALCOM,

     Defendant.
_____/

## ORDER

THIS CAUSE comes before the court upon the magistrate judge's report and recommendation dated April 2, 2008 (doc. 101). Defendant has been furnished a copy and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1. The magistrate judge's report and recommendation (doc. 101) is ADOPTED and incorporated by reference in this order.

2. Defendant's § 2255 motion (doc. 77) is denied without prejudice to Defendant's opportunity to refile if his state convictions are vacated.

DONE AND ORDERED this 12th day of May, 2008.

                                                  *s/ Stephan P. Mickle*
                                             Stephan P. Mickle
                                             United States District Judge