IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                         CASE NO.: 4:02cr52-SPM

ERIC EUGENE BALCOM,

      Defendant.
_____/

### ORDER DIRECTING DEFENDANT TO FILE WRITTEN EXPLANATION

Defendant is appealing the Order Denying Motion to Reduce Under 18 U.S.C. § 3582 (doc. 104) entered on April 24, 2008. The Eleventh Circuit Court of Appeals has remanded jurisdiction back to this Court for a determination of whether Defendant's untimely[1] notice of appeal, deemed filed on June 4, 2008, should nevertheless be accepted under Federal Rule of Appellate Procedure 4(b)(4). Accordingly, it is

ORDERED AND ADJUDGED:

1.  Defendant shall have up to and including August 25, 2008, to file a written explanation of excusable neglect or good cause, if he has any, for filing his notice of appeal late.

---

[1] Defendant's notice of appeal was due ten days after entry of the order. Fed. R. App. P. 4(b)(1)(A)(I). The ten-day period excludes weekends and holidays. Fed. R. App. P. 26(a). Taking these two rules together, Defendant's notice of appeal was required to be filed on or before May 8, 2008.

2.   Defendant's failure to file a written explanation, as ordered, will result in a determination by this Court that no excusable neglect or good cause exists to accept Defendant's untimely notice of appeal.

DONE AND ORDERED this 7th day of August, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

CASE NO.: 4:02cr52-SPM