IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                          CASE NO.: 4:02cr52-SPM

ERIC EUGENE BALCOM,

     Defendant.
_____/

## ORDER EXTENDING TIME

This cause comes before the Court on Defendant Eric Eugene Balcom's motion (doc. 116) for extension of time to file a written explanation of excusable neglect or good cause for filing his notice of appeal late. Upon consideration, it is

ORDERED AND ADJUDGED:

1. Defendant's motion (doc. 116) is granted.

2. Defendant shall have up to and including September 30, 2008, to file his written explanation of excusable neglect or good cause.

DONE AND ORDERED this 3rd day of September, 2008.

                                 *s/ Stephan P. Mickle*
                                 Stephan P. Mickle
                                 United States District Judge