IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.   CASE NO.: 4:02cr52-SPM

ERIC EUGENE BALCOM,

     Defendant.

_____/

**ORDER FINDING NO EXCUSABLE NEGLECT OR GOOD CAUSE**

The Eleventh Circuit Court of Appeals has remanded jurisdiction back to this Court for a determination of whether Defendant's untimely[1] notice of appeal, deemed filed on June 4, 2008, should nevertheless be accepted under Federal Rule of Appellate Procedure 4(b)(4). Defendant was given an opportunity to show good cause or excusable neglect for the late filing. His response (doc. 118) takes the position that his notice of appeal was timely filed in that it was sent to the clerk of court before May 8, 2008. This position is refuted by the June 4, 2008 date that Defendant placed on the notice of appeal (doc. 108) and the June 6, 2008 stamped post-mark date on the envelope. Defendant provides no

---

[1] Defendant's notice of appeal was due ten days after entry of the order. Fed. R. App. P. 4(b)(1)(A)(I). The ten-day period excludes weekends and holidays. Fed. R. App. P. 26(a). Taking these two rules together, Defendant's notice of appeal was required to be filed on or before May 8, 2008.

explanation for the inconsistent dates.  Accordingly, it is

      ORDERED AND ADJUDGED: No excusable neglect or good cause exists to accept Defendant's untimely notice of appeal under Federal Rule of Appellate Procedure 4(b)(4).

      DONE AND ORDERED this 17th day of September, 2008.

      *s/ Stephan P. Mickle*
      Stephan P. Mickle
      United States District Judge

CASE NO.: 4:02cr52-SPM