IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                                                  CASE NO.: 4:02cr52-SPM

ERIC EUGENE BALCOM,
            Defendant.
_____/

**ORDER DENYING MOTION FOR RECONSIDERATION
AND SECOND MOTION TO REDUCE SENTENCE**

This cause comes before the Court on Defendant Eric Eugene Balcom's Motion to Show Just Cause for Untimely Appeal (doc. 123), which has been construed as a motion for reconsideration, and Motion for Relief Pursuant to 18 U.S.C. 3582(c)(2) in Conjunction with USSG 1B1.10 (doc. 124), which is a second motion seeking a reduction of sentence under the crack amendments.

Upon consideration, the Court finds that Defendant has failed to show good cause or excusable neglect for the late filing of his notice of appeal.  As for Defendant's entitlement to a sentencing reduction, there is no basis for altering the Court's prior ruling, which is currently on appeal, #08-1397-J.  See docs. 103, 104, and 108.  Accordingly, it is

ORDERED AND ADJUDGED that Defendant's motions (docs. 123 and 124) are denied.

DONE AND ORDERED this 10th day of October, 2008.

            *s/ Stephan P. Mickle*
            Stephan P. Mickle
            United States District Judge