IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                                       CASE NO.: 4:02cr52-SPM

ERIC EUGENE BALCOM,

       Defendant.
_____/

**ORDER DENYING MOTION FOR EXTENSION OF TIME TO FILE
OBJECTIONS TO REPORT AND RECOMMENDATION ON 2255 MOTION**

       THIS CAUSE comes before the court on Defendant Eric Eugene Balcom's motion (doc. 107) for an extension of time to file objections to the magistrate judge's report and recommendation dated April 2, 2008 (doc. 101), for denial of his 2255 motion.  The Court has already adopted the report and recommendation and entered judgment (docs. 105 and 106).  Defendant has not filed any objections during the extended period that he requested.  Accordingly, it is

       ORDERED AND ADJUDGED that the motion (doc. 107) for an extension of time to file objections is denied.

       DONE AND ORDERED this 11th day of December, 2008.

                        *s/ Stephan P. Mickle*
                        Stephan P. Mickle
                        United States District Judge