IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                                         CASE NO.: 4:02cr52-SPM

ERIC EUGENE BALCOM,
        Defendant.
_____/

### ORDER DENYING MOTION TO REDUCE UNDER 18 U.S.C. § 3582

This cause comes before the Court on Defendant's Motion for Reduction of Sentence Pursuant to Title 18 U.S.C. § 3582(c).  Doc. 153.  For the following reasons, Defendant's motion will be denied.

Defendant was sentenced before August 2010.  Therefore, the Fair Sentencing Act does not apply to him.  <u>United States v. Gomes</u>, 621 F.3d 1343, 1346 (11th Cir. 2010).   Defendant was subject to a statutory mandatory minimum sentence of life, which determined his sentencing range.  The guideline amendments, even if made retroactive (and they have not yet been), would not change Defendant's sentencing range.  Accordingly, it is

ORDERED AND ADJUDGED:  Defendant's Motion for Reduction of Sentence Pursuant to Title 18 U.S.C. § 3582(c), Doc. 153, is denied.

DONE AND ORDERED this 29th day of June, 2011.

                    *s/ Stephan P. Mickle*
                    Stephan P. Mickle
                    Senior United States District Judge